# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

KEITH JOSEPH LAFRANCE

NO. 2022 KW 0758

**AUGUST 29, 2022**

---

In Re:   Keith Joseph LaFrance, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 557,635.

---

**BEFORE:   McDONALD, McCLENDON, AND HOLDRIDGE, JJ.**

**WRIT DENIED.**

**JMM**
**PMc**

**Holdridge, J.,** concurs in the denial of the ineffective assistance of counsel claim and dissents in part and would stay the writ application. The decision whether to apply **Ramos v. Louisiana,** ___ U.S. ___, 140 S.Ct. 1390, 206 L.Ed.2d 583 (2020) retroactively and grant postconviction relief on state collateral review to defendants convicted by nonunanimous juries in all or certain circumstances remains with the Louisiana Supreme Court. A state court may give broader effect to new rules of criminal procedure than is required by the relevant opinion. See **Danforth v. Minnesota,** 552 U.S. 264, 128 S.Ct. 1029, 169 L.Ed.2d 859 (2008). I would hereby stay the writ application in part pending the Louisiana Supreme Court's decision in **State v. Reddick,** 2021-1893 (La. 2/15/22), 332 So.3d 1173, wherein the court has granted the writ application for consideration of whether **Ramos** applies retroactively on state collateral review.

COURT OF APPEAL, FIRST CIRCUIT

_G.Sn_
_____
DEPUTY CLERK OF COURT
FOR THE COURT